# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09CV531

| | |
|---|---|
| **STEVIE DWAYNE McFALLS** </br> Plaintiff, </br> </br> v. </br> </br> **MICHAEL J. ASTRUE,** </br> **Commissioner, Social Security** </br> **Administration** </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) **ORDER** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**THIS MATTER** is before the Court upon the Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs, filed December 17, 2009, in the Charlotte Division.

By the instant Motion, the Plaintiff seeks to proceed on his Complaint against Defendant pursuant to Security Benefits, Title XVI of the Social Security Act without having to prepay the costs associated with bringing this action, and to have the U.S. Marshal perfect service upon the Defendant.

In support of this Motion, such Application reflects that in the past twelve months proceeding the filing of his Application he has not received any money from any source. Such Application further states that Plaintiff has no cash, and no checking or savings accounts or any other financial institution. The Plaintiff also reports that he does not own any real estate, stocks, or bonds, nor any other thing of value. Other than his own representations of indigence, the Plaintiff does not provide any other description of means of support for himself.

In light of his representations or lack thereof, the Court does not understand how

he is able to sustain himself absent any evidence of support of any kind. Therefore, the Court will hold the Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs in abeyance until such time as the Plaintiff provides additional information to the Court to support his allegations of indigence.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. That the Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs is held in **ABEYANCE;**

2. That within thirty (30) days of the date of this Order, the Plaintiff shall submit to the Court additional information to support her allegations. <u>Failure to submit the requested information as herein directed could result in the denial of Plaintiff's Motion.</u>

Richard L. Voorhees
United States District Judge

Signed: January 4, 2010