# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stevie Dwayne McFalls,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

vs.                                            3:09-cv-531-MOC

Michael J. Astrue,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2011 Order.

                                                       Signed: September 29, 2011

Frank G. Johns, Clerk
United States District Court